THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROY H. SLOANE, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, N. Y., Respondent. (Appeal No. 1.)*— Order dismissing writ of habeas corpus affirmed. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

HERBERT R. ROEMMELT, Respondent, v. SELDEN SALES AND SERVICE COMPANY OF NEW YORK, INC., Defendant, and SELDEN TRUCK CORPORATION, Appellant. — Order denying motion of defendant Selden Truck Corporation to dismiss amended complaint as against it affirmed, with ten dollars costs and disbursements. The complaint as now framed may fairly be said to state a cause of action against the appellant as an undisclosed principal. With regard to the allegations of fraud and diversion or conversion of assets, we regard them as irrelevant to the cause of action relied upon. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

EDWARD W. SIMMONS, Respondent, v. CHARLES THOMPSON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

CALVIN McCLUNG SMITH, Respondent, v. UNITED STATES SHIPPING BOARD MERCHANT FLEET CORPORATION, Appellant.— Judgment reversed upon the law, with costs, and complaint dismissed for want of jurisdiction, with costs. (Johnson v. Fleet Corporation, 280 U. S. 320.) Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

CATHERINE L. SMITH, Respondent, v. JOHN H. SMITH and Others, Appellants, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

SOUTH SHORE THRIFT CORPORATION, Respondent, v. SCHILDKRAUT, MAYER & SCHILDKRAUT, INC., Appellant, and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

SPENCER, WHITE & PRENTIS, INC., Respondent, v. 233 EAST 94TH STREET, INC., and Others, Appellants.— Order granting plaintiff's motion for examination of certain defendants before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at same hour and place. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

MARGARET STRECKER, Doing Business as MANHATTAN LUMBER COMPANY, Respondent, v. KEW GARDENS REALTY ASSOCIATES, INC., and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellants.— Judgment unanimously affirmed, with costs. The judgment, in form, is for money only. Of the liability of the appellant Kew Gardens Realty Associates, Inc., for the amount of the debt there is no question. As to the judgment against the bonding company, that defendant has not appealed from the judgment. No question as to its liability is, therefore, presented to us. Order denying motion for a new trial unanimously affirmed, without costs. Although both defendants appeal from that order, there was nothing of merit shown on the motion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.